

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:14CR00037 |
| DEFENDANT<br>Hector Palma Zapien, et al | TYPE OF PROCESS<br>Remission Award |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
2012 Nissan Frontier (Black), VIN # 1N6AD0ER5CN701444

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Debra Teufel Phillips<br>Assistant United States Attoney<br>110 Ninth Avenue, South, Suite A-961<br>Nashville, TN 37203-3870 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Upon payment in full of any storage costs, please return the 2012 Nissan Frontier (Black), VIN # 1N6AD0ER5CN701444 to its titled owner of their attorney.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>615/736-5151 | DATE<br>07/23/2014 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. 6 | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>Monte K Fulton | DATE<br>10/2/14 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: 2012 nissan Frontier
Monta K. Fulton, Fines Penalties and Forfeiture
Officer Customs and Border Patrol

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

| DATE OF SERVICE | TIME OF SERVICE | ☒ AM ☐ PM |
|---|---|---|
| 9/23/14 | 10:00 (est) | |

SIGNATURE, TITLE AND TREASURY AGENCY
Monte K Fulton FPFO/CBP

REMARKS:
Per Disposition order dated 8/12/14 CF7605, Accomplshed on 9/23/14

TD F 90-22.48 (6/96)