UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00037 |
| | ) | JUDGE SHARP |
| MARIA DE LOURDES CORREA-RUIZ [4] | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 95).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, April 28, 2015, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE