MOTION GRANTED

*Kevin H. Sharp* (signature)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-cr-00037 |
| ) | |
| ) | CHIEF JUDGE SHARP |
| HECTOR PALMA ZAPIEN, ET AL ) | |

## MOTION TO WITHDRAW

The United States of America respectfully requests this Court to relieve undersigned counsel as counsel of record for the United States. Assistant United States Sandra G. Moses will remain lead counsel on this case.

Wherefore, the United States respectfully requests that this Court grant the above motion and relieve undersigned counsel.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee


*s/ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
Phone: 615-736-5151