UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:14-00037 |
| v. | ) | |
| | ) | 8 U.S.C. § 1326 |
| [1] HECTOR PALMA ZAPIEN, | ) | 18 U.S.C. § 371 |
| a/k/a Hector Paima Zapien, | ) | 18 U.S.C. § 922(g)(5) |
| | ) | 18 U.S.C. § 1014 |
| [2] MARTHA SANDOVAL-ROSALES, | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1546(a) |
| [3] MARIA SANDOVAL-ROSALES, | ) | 18 U.S.C. § 1960(b)(1)(B) |
| | ) | 31 U.S.C. § 5324(a)(3) |
| [4] MARIA DE LOURDES CORREA-RUIZ | ) | 42 U.S.C. § 408(a)(7)(B) |

## MOTION TO SET A STATUS CONFERENCE

On April 16, 2015, defendant Maria De Lourdes Correa-Ruiz moved to change her plea, in the above-referenced matter, to guilty. (Doc. 95.) On April 17, 2015, the Court granted the motion and scheduled a guilty plea hearing for April 28, 2015 at 10:30 a.m. (Doc. 97.) In the interest of judicial economy, the United States now moves the Court to set a Status Conference concurrent with the April 28th guilty plea hearing.

The United States submits that on April 28th, in addition to addressing (1) Ms. De Lourdes' change of plea, if it chooses, the Court could also address: (2) defendant Martha Sandoval-Rosales' April 23rd motion to continue the May 5th trial date (Doc. 101.), (3) the status of any plea negotiations with respect to other defendants, and (4) the motions for severance filed by Martha Sandoval-Rosales and Maria Sandoval-Rosales. (Docs. 93, 94.) The United States submits that, in light of the May 5th trial date, it would be efficient for all of the attorneys involved (government and defense) to appear in Court on April 28th to discuss these matters.

DATE: April 23, 2015.

    Respectfully submitted,

    DAVID RIVERA
    United States Attorney

By:   /s/ Thomas J. Jaworski
    THOMAS J. JAWORSKI
    Assistant United States Attorney
    110 9th Avenue South – Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151
    Thomas.J.Jaworski2@usdoj.gov

### Certificate of Service

I certify that on this 23rd day of April, 2015, a copy of the foregoing UNITED STATES' MOTION TO SET A STATUS CONFERENCE was served, via the Court's electronic case-filing system, upon the following:

Peter J. Strianse
Counsel for Defendant Hector Palma Zapien

James H. Todd
Counsel for Defendant Martha Sandoval-Rosales

Erik R. Herbert
Counsel for Defendant Maria Sandoval-Rosales

Kenneth D. Quillen
Counsel for Defendant Maria De Lourdes Correa-Ruiz

    /s/ Thomas J. Jaworski
    Assistant United States Attorney