UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00037 |
| ) | JUDGE SHARP |
| HECTOR PALMA ZAPIEN [1] ) | |
| MARTHA SANDOVAL-ROSALES [2] ) | |
| MARIA SANDOVAL-ROSALES [3] ) | |
| MARIA DE LOURDES CORREA-RUIZ [4] ) | |

**O R D E R**

Pending before the Court is the Government's Motion to Set a Status Conference (Docket No. 104) and Defendant Sandoval-Rosales' Response (Docket No. 107).

The motion is GRANTED. A status conference is hereby scheduled for Monday, May 4, 2015, at 1:30 p.m. The plea hearing for Defendant Correa-Ruiz scheduled for April 28, 2015, will be conducted at the status conference.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE